| | |
|---|---|
| 1 | D. Scott Carruthers, State Bar #68745 |
| | Attorney At Law |
| 2 | 8448 Katella Avenue/PO Box 228 |
| | Stanton, California 90680 |
| 3 | (714) 761-3976 |
| | Fax: (714) 761-1754 |
| 4 | |
| 5 | Attorney for Defendants |

**GRANTED**
*/s/ Nate*
Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | ALICIA SKINNER, | ) CASE NO. CV13 – 0704NC |
| 12 | Plaintiff. | ) |
| 13 | | ) |
| | | ) REQUEST TO APPEAR |
| 14 | VS | ) TELEPHONICALLY AT THE CASE |
| | | ) MANAGEMENT CONFERENCE |
| 15 | MOUNTAIN LION ACQUISITIONS, INC., | ) |
| 16 | et al. | ) DATE: MAY 22, 2013 |
| | | ) TIME: 10:00 AM |
| 17 | Defendants. | ) CTRM: A |
| 18 | | ) |

**REQUEST IS HEREBY MADE**, that I D. Scott Carruthers, be allowed to appear at the Case Management Conference scheduled for May 22, 2013 telephonically.

On that particular day I am scheduled to pick up my family and grandchildren at the airport. I would sincerely appreciate it if the Court would make this accommodation for me as these type of family commitments are very important to me. The Court can contact me at (714) 761-3976.

Dated: 5/15/13

/s/ D. Scott Carruthers
D. SCOTT CARRUTHERS,
Attorney for Defendants,

REQUEST TO APPEAR TELEPHONICALLY