1  D. Scott Carruthers, State Bar #68745
   Attorney At Law
2  8448 Katella Avenue/PO Box 228
   Stanton, California 90680
3  (714) 761-3976
   Fax: (714) 761-1754
4
5  Attorney for Defendants

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

**GRANTED**
/s/ Nate
Judge Nathanael M. Cousins

11 ALICIA SKINNER,                )  CASE NO. CV13 – 0704NC
                                  )
12      Plaintiff.                )
                                  )
13                                )
                                  )  REQUEST TO APPEAR
14      VS                        )  TELEPHONICALLY AT THE CASE
                                  )  MANAGEMENT CONFERENCE
15 MOUNTAIN LION ACQUISITIONS, INC., )
16  et al.                        )  DATE: MAY 22, 2013
                                  )  TIME: 10:00 AM
17      Defendants.               )  CTRM: A
                                  )
18 _____)

19
20      **REQUEST IS HEREBY MADE**, that I D. Scott Carruthers, be allowed to appear at

21 the Case Management Conference scheduled for May 22, 2013 telephonically.

22      On that particular day I am scheduled to pick up my family and grandchildren at the

23 airport. I would sincerely appreciate it if the Court would make this accommodation for me as

24 these type of family commitments are very important to me. The Court can contact me at (714)
25
26 761-3976.

27 Dated: 5/15/13                         /s/ D. Scott Carruthers
                                         D. SCOTT CARRUTHERS,
28                                       Attorney for Defendants,