UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALICIA SKINNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MOUNTAIN LION ACQUISITIONS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-00704 NC<br><br>**ORDER STAYING DISCOVERY**<br><br>Re: Dkt. Nos. 56, 58 |

On December 19, 2013, defendants filed a motion for a protective order seeking a stay of discovery. Dkt. No. 56. The motion is set for hearing on January 29, 2014 at 1:00 p.m. In addition, on January 16, 2014, the parties filed a joint statement asking the Court to resolve a discovery dispute regarding the failure of defendants to appear at depositions. Dkt. No. 58. It is hereby ordered that discovery is stayed until further order of the Court. The Court will hold a further case management conference and address the motion for protective order, the parties' discovery dispute, and the case schedule on January 29, 2014 at 1:00 p.m.

IT IS SO ORDERED.

Date: January 17, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 13-cv-00704 NC
ORDER STAYING DISCOVERY