1
2
3
4
5
6
7                           **UNITED STATES DISTRICT COURT**
8                          **NORTHERN DISTRICT OF CALIFORNIA**
9                             **SAN FRANCISCO DIVISION**
10

| | |
|---|---|
| 11   ALICIA G. SKINNER, | Case No. 13-cv-00704 NC |
| 12         Plaintiff, | **RULE 68 JUDGMENT** |
| 13      v. | Re: Dkt. No. 99 |
| 14   MOUNTAIN LION ACQUISITIONS, INC., and others, | |
| 15 | |
| 16         Defendants. | |

17

18        Pursuant to the Notice of Acceptance with Offer of Judgment, Dkt. No. 99, and

19   Federal Rule of Civil Procedure 68(a), judgment is hereby entered in favor of plaintiff

20   Alicia G. Skinner and against the defendants Mountain Lion Acquisitions, Inc., Judith East,

21   D. Scott Carruthers, A Professional Law Corporation, and Dennis Scott Carruthers.  The

22   clerk is ordered to terminate case No. 13-cv-00704.

23        IT IS SO ORDERED.

24        Date: February 10, 2015                    _____
                                                      Nathanael M. Cousins
25                                                    United States Magistrate Judge

26
27
28