**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ALICIA G. SKINNER,

Plaintiff,

v.

MOUNTAIN LION ACQUISITIONS, LLC, and others,

Defendants.

Case No. 13-cv-00704 NC

**ORDER GRANTING PLAINTIFF'S AMENDED MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS**

Dkt. Nos. 108, 109

Plaintiff Alicia Skinner prevailed in this Fair Debt Collection Practices Act case, and she is therefore entitled to an award of her costs and reasonable attorneys' fees under 15 U.S.C. § 1692k(a)(3). Skinner won when her attorneys accepted an offer of judgment from defendants in the amount of $3,000. Dkt. No. 102. On April 13, 2015, the Court denied plaintiff's initial motion for $104,797.44 in fees and costs, finding it to be unreasonable. Dkt. No. 107.

Plaintiff's amended motion seeks $63,410.00 in attorneys' fees and $6,050.15 in costs (both taxable and non-taxable), for a total of $69,460.15. Defendants oppose the amended motion. Dkt. No. 110. The Court finds that the amended motion sufficiently addresses the concerns raised in the April 13 order. The rates (Fred W. Schwinn, $450; Raeon R. Roulston, $350; Kari A. Rudd $350; Claire Johnson Raba $350), hours worked,

and division of responsibilities among counsel are reasonable, as are the costs.

The Court therefore GRANTS the amended petition and awards to plaintiff from defendants $63,410.00 in attorneys' fees and $6,050.15 in costs, for a total of $69,460.15.

IT IS SO ORDERED.

Date: May 18, 2015

Nathanael M. Cousins
United States Magistrate Judge